UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Eisenman,

Plaintiff,

vs.

UNUM Life Insurance Company of America,

Defendant.

Civil No.: 02-379 ADM/AJB

**STIPULATION**

The parties, through their undersigned attorneys hereby stipulate and agree to withdraw their request for an early determination on the standard of review to be determined by the court on cross motions for summary judgment.

TEWKSBURY • KERFELD • ZIMMER, P.A.

Dated: 5-15-02

By: [signature]
Michael D. Tewksbury (#108832)
Attorneys for Plaintiff
219 South Fourth Street, Suite 500
Minneapolis, MN 55401
(612) 334-3399

KRASS MONROE, PA

Dated: 5-16-02

By: [signature]
John Harper, III (#41397)
Suite 1100 Southpoint Office Center
1650 West 82nd Street
Minneapolis, MN 55431

FILED MAY 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

So Ordered

5/20/02

[signature]
US MAGISTRATE Judge