**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

John Eisenman,

PLAINTIFF,

vs.

UNUM Life Insurance Company of America and Intentia Americas, Inc.,

Defendants.

---

**Civil No. 02-379 (ADM/AJB)**

**STIPULATED ORDER**

**ORDER**

Upon the foregoing Stipulation,

IT IS SO ORDERED.

Dated: January 27, 2003.

BY THE COURT:

United States District Court Magistrate Judge
Arthur J. Boylan

FILED JAN 22 2003
RICHARD D. SLETTEN, CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

John Eisenman,

PLAINTIFF,

vs.

UNUM Life Insurance Company of America and Intentia Americas, Inc.,

Defendants.

**Civil No. 02-379 (ADM/AJB)**

**STIPULATION AND ORDER EXTENDING DEFENDANT INTENTIA AMERICAS, INC.'S TIME TO ANSWER OR OTHERWISE PLEAD TO THE AMENDED COMPLAINT**

## STIPULATION

It is hereby stipulated and agreed by and between the parties, by their respective undersigned attorneys, that the time for Defendant Intentia Americas, Inc.'s to answer or otherwise plead to the Amended Complaint in this case is extended to and including February 7, 2003.

Dated: January 20, 2003

TEWKSBURY KERFELD ZIMMER, P.A.

Michael D. Tewksbury (#108832)

88 South Tenth Street, Suite 300
Minneapolis, MN 55403
(612) 334-3399

Attorneys for Plaintiff
John Eisenman

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: January 20, 2003

FAEGRE & BENSON LLP

Jean F. Holloway, # 217124

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendants
Intentia Americas, Inc.

Of Counsel:

SIDLEY AUSTIN BROWN & WOOD
Lawrence I. Kipperman
Max C. Fischer
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603
(312) 853-7000