**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| John Eisenman,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM Life Insurance Company of America, Inc. and Intentia Americas, Inc.,<br><br>Defendants. | **Civil No. 02-CV-379 (ADM/AJB)**<br><br>**STIPULATION AND ORDER** |

The parties to this action, by and through the undersigned counsel, stipulate to the following items:

1. Plaintiff's shall file and serve their Second Amended Complaint by no later than March 26, 2003;

2. Defendant Intentia Americas, Inc.'s Motion to Dismiss the First Amended Complaint as to Intentia is withdrawn;

3. Defendants shall have 14 days after service and filing of the Second Amended Complaint to respond to such document; and

4. If Intentia responds to the Second Amended Complaint by motion to dismiss or for summary judgment, all discovery shall remain stayed until the resolution of that motion.

Dated: 3.26, 2003

TEWKSBURY, KERFELD, ZIMMER, P.A.

Michael Tewksbury, #108832
88 South Tenth Street
Suite 300
Minneapolis, MN 55403
(612) 334-3399

Attorney for Plaintiff

MAR 31 2003
FILED ___
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ___
DEPUTY CLERK ___

Katherine L. MacKinnon, #170926
Attorney at Law
3744 Huntington Avenue
St. Louis Park, MN 55416
(952) 915-9215

Attorney for Plaintiff

Dated: March 26, 2003

FAEGRE & BENSON LLP

Jean F. Holloway, # 217124
Karla C. Robertson, # 306794

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant
Intentia Americas, Inc.

Dated: March 26, 2003

KRASS, MONROE, P.A.

John Harper III, # 41397
Terrance J. Wagener, # 213676

1650 West 82nd Street
Suite 1100
Bloomington, MN 55431
(952) 885-5999

Attorneys for Defendant
UNUM Life Insurance Company of America

| | | |
|---|---|---|
| John Eisenman,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM Life Insurance Company of America, Inc. and Intentia Americas, Inc.,<br><br>Defendants. | ) | **Civil No. 02-CV-379 (ADM/AJB)**<br><br>**STIPULATED ORDER** |

**ORDER**

Upon the foregoing Stipulation,

IT IS SO ORDERED.

Dated: 3/31, 2003

BY THE COURT:

United States District Court Magistrate Judge
Arthur J. Boylan

M1:976338.01

RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK