**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

John Eisenman,

Plaintiff,

v.

Intentia Americas; Long-term Disability Plan for Employees of Intentia Americas, Inc. and UNUM Life Insurance Company of America,

Defendant.

Civil No. 02-CV-379 (ADM/AJB)

**SECOND AMENDED PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3

Discovery Plan

1. If Defendant Intentia's Motion to Dismiss is denied, Defendants, including UNUM, shall have 20 days after the receipt of the Court's ruling on Defendant Intentia's Motion to Dismiss to answer or otherwise plead to Plaintiff's Second Amended Complaint

2. All discovery shall be stayed pending resolution of Defendant Intentia's Motion to Dismiss Plaintiff's Second Amended Complaint.

3. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed within thirty (30) days of the receipt of the Court's ruling on Defendant Intentia's Motion to Dismiss Plaintiff's Second Amended Complaint.

4. If Defendant Intentia's Motion to Dismiss is denied. The parties shall contact the undersigned Magistrate Judge within one week following their receipt of the Court's order for purposes of obtaining an updated scheduling order. Plaintiff's counsel shall initiate the call.

MAY 15 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Party bearing burden of proof as to a particular issue within sixty (60) days of the receipt of the Court's ruling on Defendant Intentia's Motion to Dismiss Plaintiff's Second Amended Complaint.

   b. By Party responding within ninety (90) days of the receipt of the Court's ruling on Defendant Intentia's Motion to Dismiss Plaintiff's Second Amended Complaint.

6. No more than 30 interrogatories (counted in accordance with Rule 33(a)) shall be served by any party.

7. No more than 10 factual depositions, excluding expert witness depositions, shall be taken by any side. Each side shall take no more than 2 expert depositions.

<u>Non-Dispositive Motions</u>

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210)

1. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline, within 120 days of the receipt of the Court's ruling on Defendant Intentia's Motion to Dismiss Plaintiff's Second Amended Complaint.

2. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through telephonic conference with the Magistrate Judge. To the extent that formal discovery motions will be filed, said motions should strictly comply with the provisions of Local Rules 7.1 and 37.1 and shall be presented in a form that complies with Local Rule 37.2.

<u>Dispositive Motions</u>

1. All dispositive motions shall be served within 180 days of the receipt of the Court's ruling on Defendant Intentia's Motion to Dismiss Plaintiff's Second Amended Complaint. (Counsel are reminded that they must anticipate the time required for scheduling a haring by calling Calendar Clerk Gertie Simon, 612-664-5093).

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a Court trial within 240 days of the receipt of the Court's ruling on Defendant Intentia's Motion to Dismiss Plaintiff's Second Amended Complaint, or upon resolution of any pending dispositive motions. Expert witnesses are anticipated. Anticipated length of trial is 3 days.

Dated: 5/15/03

Arthur J. Boylan
United States Magistrate Judge

M1:987860.01

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**

CHAMBERS OF
ARTHUR J. BOYLAN
U. S. MAGISTRATE JUDGE

638 FEDERAL COURTS BUILDING
316 NORTH ROBERT STREET
ST. PAUL, MINNESOTA 55101
(651) 848-1210

May 15, 2003

Michael Tewksbury, Esq.
88 South 10th Street
Suite 300
Minneapolis, MN 55403

John Harper, III, Esq.
Terrance J. Wagener, Esq.
1650 West 82nd Street
Suite 1100
Bloomington, MN 55431

Jean F. Holloway, Esq.
Karla C. Robertson, Esq.
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402-3901

In Re: Eisenman v. Intentia Americas, Inc., et al.
Civil No. 02-379 ADM/AJB

Dear Counsel:

I have reviewed the parties' stipulation and the proposed order that was forwarded to me with Ms. Holloway's letter of May 13, 2003. I have entered an Order staying discovery pending resolution of the Motion to Dismiss and also granting your request that the Defendants have 20 days after receipt of the Court's ruling to answer or otherwise plead to Plaintiff's Second Amended Complaint.

The Order directs counsel to contact me within one week following the receipt of the Court's Order on the Motion to Dismiss for purposes of obtaining an updated scheduling order. This is a different order than the one you proposed and I wanted to bring the changes to you attention.

Very Truly Yours,

Arthur J. Boylan
United States Magistrate Judge

AJB:kt