UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John Eisenman,

Plaintiff,

v.

UNUM Life Insurance Company of America and Intentia America, Inc.,

Defendants.

---

Court File No. 02-379 (ADM/AJB)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The Parties stipulate, by and through their undersigned counsel, that the claims in the above-entitled action are hereby dismissed on the merits and with prejudice, but without costs to either party. The Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to so dismiss this action of record.

Dated: 11.12.03

**TEWKSBURY KERFELD ZIMMER, P.A.**

Michael D. Tewksbury (ID No. 108832)
88 South Tenth Street
Suite 300
Minneapolis, MN 55403
Telephone: (612) 334-3399
Attorneys for Plaintiff

Dated: 1-2-04

**KRASS MONROE, P.A.**

John Harper III (ID No. 41397)
~~Terrance J. Wagener (ID No. 213676)~~
8000 Norman Center Drive, Suite 1000
Minneapolis, MN 55437-1178
Telephone: (952) 885-5999
Attorneys for Defendant UNUM Life Insurance Company

FILED JAN 0 5 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN
DEPUTY CLERK

Dated: 12/8/03

**SIDLEY AUSTIN BROWN & WOOD**

Max C. Fischer, Esq. (IL ID No. 6229240)
BankOne Plaza
10 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-4105
Attorneys for Intentia America, Inc.

**ORDER FOR DISMISSAL**

Pursuant to Stipulation of the Parties, it is hereby ordered that the above-entitled action is hereby dismissed with prejudice and without costs to either part.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 5, 2004

**BY THE COURT**

Judge of United States District Court

G:\WPDATA\U\UNUMPROVIDENT\068-EISENMAN\PLD\STIP OF DISMISSAL AND ORDER 2.DOC