AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

John Eisenman

V.

unum Life Insurance Company of America and
Intentia America, Inc.

## JUDGMENT IN A CIVIL CASE

Case Number: 02-379 ADM/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. Pursuant to Stipultion.

IT IS ORDERED AND ADJUDGED THAT:
this action is dismissed with prejudice and without costs to either part.

January 5, 2004
Date

RICHARD D. SLETTEN, CLERK

G. Schneider
(By) Gloria Schneider, Deputy Clerk